A. L. AVERY ET AL., APPELLANTS, VS. THE CITY OF PEN-
SACOLA ET AL., APPELLEES.

Appeal from the Circuit Court for Escambia county.

*John C. Avery* for Appellants.

*W. A. Blount* for Appellees.

MR. JUSTICE WESTCOTT delivered the opinion of the court.

The decision in the case of the City of Jacksonville vs. Arthur D. Basnett *et al.* (*supra*, p. 525, and 19 Fla., 664,) cover the principal question raised in this case. The question is the constitutionality of chapter 3477, Laws.

There was something said in this case about rights of parties who had purchased property since the assessment was made. We do not understand the bill to make that case.

The decree, therefore, in this case must be, that the order of the Chancellor denying the injunction is affirmed, and that the case be remanded with directions to dismiss the bill. Whether the equitable remedy here sought would lie in the event there was any right, we deem it unnecessary to decide, as the judgmen there is the same in either event.